# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEHEIR JORDAN PARKER,<br><br>　　　　Defendant. | Case No. 2:20-mj-00895-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 19, 2021, at the hour of 4:00 p.m., be vacated and continued to July 19, 2021 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 15 day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3