# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00125-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 41 |
| KEHEIR JORDAN PARKER, | |
| Defendant. | |

Based on the parties stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for September 13, 2021 at 11:00 a.m., be vacated and continued to December 20, 2021, at 10:00 a.m.

DATED this 16th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE