# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEHEIR JORDAN PARKER,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00125-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 44 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for December 20, 2021 at 10:00 a.m., be vacated and continued to February 14, 2022, at 2:00 p.m.

　　　DATED this 10th day of December 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE