# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEHEIR JORDAN PARKER,<br><br>　　　　Defendant. | 2:21-CR-125-JAD-NJK<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); and 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2) based upon the plea of guilty by Keheir Jordan Parker to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Keheir Jordan Parker pled guilty. Criminal Information, ECF No. 31; Plea Agreement, ECF No. 33; Arraignment & Plea, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 37.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 2, 2021, through July 31, 2021, notifying all potential third parties

of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 39-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 40.

On July 2, 2021, the United States Attorney's Office served Rita Saenz, Director of California Employee Development Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 40-1, p. 3, 6-8, 10-13, 15-16.

On July 2, 2021, the United States Attorney's Office served Carol Williams, Chief Deputy Director of Operations for the California Employee Development Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 40-1, p. 3, 6-8, 10-13, 17-18.

On July 2, 2021, the United States Attorney's Office served Nancy Farias, Chief Deputy Director of External Affairs for the California Employee Development Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 40-1, p. 3, 6-8, 10-13, 19-20.

On July 2, 2021, the United States Attorney's Office served Kevin Matulich, Deputy Director of the California Employee Development Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 40-1, p. 3, 6-8, 10-13, 21-22.

On July 2, 2021, the United States Attorney's Office served Carole Vigne, General Counsel for the California Employee Development Department, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 40-1, p. 3, 6-8, 10-13, 23-24.

On July 2, 2021, the United States Attorney's Office served Governor Gavin Newsom by regular and certified return receipt mail with the Preliminary Order of

/ / /

Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 40-1, p. 4, 6-8, 10-13, 25-26.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. $11,880 in United States Currency;
2. a debit card with the last four digits of the account number being 5215 issued in the name of M.F.;
3. a debit card with the last four digits of the account number being 8247 issued in the name of D.C.;
4. a debit card with the last four digits of the account number being 5640 issued in the name of K.H.;
5. a debit card with the last four digits of the account number being 7862 issued in the name of M.Ma.;
6. a debit card with the last four digits of the account number being 8878 issued in the name of M.Me.;
7. a debit card with the last four digits of the account number being 9698 issued in the name of K.B.;
8. a debit card with the last four digits of the account number being 9723 issued in the name of A.L.;

/ / /

    9. a debit card with the last four digits of the account number being 8430 issued in the name of M.G.;

    10. a debit card with the last four digits of the account number being 7604 issued in the name of N.C.;

    11. a debit card with the last four digits of the account number being 6821 issued in the name of J.A.;

    12. a debit card with the last four digits of the account number being 1612 issued in the name of K.J.; and

    13. a debit card with the last four digits of the account number being 2411 issued in the name of G.S.

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED February 14, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE