# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KEHEIR JORDAN PARKER,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00125-JAD-NJK<br><br>**Order**<br><br>[Docket No. 52] |

　　　Pending before the Court is Defendant's letter seeking copies of various documents. Docket No. 52. Requests to the Court must be made in the form of a motion or stipulation, not by letter. Local Rule IA 7-1(b). Accordingly, the letter is hereby **STRICKEN**.[1]

　　　IT IS SO ORDERED.

　　　DATED: September 15, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's request for documents may be more appropriately directed to his attorney.