**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff<br><br>v.<br><br>Keheir Jordan Parker,<br><br>Defendant | Case No.: 2:21-cr-0125-JAD-NJK<br><br>**Order Denying Pro Se Request for Transcripts**<br><br>ECF No. 54 |

Keheir Jordan Parker, a criminal defendant represented by counsel, submitted a pro se request to the Clerk of Court for sentencing-hearing transcripts.[1] When a criminal defendant is represented by counsel, it is counsel who must make the request to the court reporter utilizing the proper forms. Here, counsel has undertaken those steps and has indicated to the court that "Once those transcripts are available" she "will provide them to Mr. Parker."[2]

IT IS THEREFORE ORDERED that Parker's pro se request for transcripts **[ECF No. 54] is DENIED.**

The Clerk of Court is directed to **MAIL a copy of this order to Keheir Parker, Inmate # 30374-59, U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436.**

_____
U.S. District Judge Jennifer A. Dorsey
November 16, 2022

---

[1] ECF No. 54.
[2] ECF No. 55.